**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Elaine L. Chao,<br>     Plaintiff,<br>  v.<br>Airtronics Gage & Machine Company, et al.,<br>     Defendants. | Case Number:<br><br>FILED: AUGUST 5, 2008<br>08CV4406<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC

the Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor

| |
|---|
| NAME (Type or print)<br>Christine Z. Heri |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Christine Z. Heri |
| FIRM<br>U.S. Department of Labor - Office of the Solicitor |
| STREET ADDRESS<br>230 South Dearborn Street, Room 844 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204656 | 312/353-7836 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐