**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Elaine L. Chao,<br>　　　　Plaintiff,<br>　v.<br>Airtronics Gage & Machine Company, et al.,<br>　　　　Defendants. | FILED: AUGUST 5, 2008<br>08CV4406<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TC

the Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor

| NAME (Type or print) |
|---|
| Peter D. Broitman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Peter D. Broitman |
| FIRM |
| U.S. Department of Labor - Office of the Solicitor |
| STREET ADDRESS |
| 230 South Dearborn Street, Room 844 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6181933 | 312/353-4454 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐