Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 4406 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Elaine L. Chao vs. Airtronics Gage & Machine Company et al | | |

**DOCKET ENTRY TEXT**

Enter consent order and judgment. The Court shall maintain jurisdiction over this matter only for purposed of enforcing this consent judgment and order.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

2008 AUG 20 PM 4:51
U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA

